LAW LIBRARY

NO. 29682

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

ANTHONY FELIX TORRES, Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent-Appellee.

K. HAMAKADO CLERK, APPELLATE COURTS STATE OF HAWAIʻI — 2010 AUG 19 AM 11: 54 — FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 07-1-0004K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner-Appellant Anthony Felix Torres's application

for writ of certiorari is hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 19, 2010.

FOR THE COURT:



Associate Justice

Anthony Felix Torres,
*pro se*, on the
application

---

[1]Considered by:  Nakayama, Acting C.J., Acoba, Duffy, and Recktenwald,
JJ., and Circuit Judge Ayabe, in place of Moon, C.J., recused.